# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2010

139996-7

ERNEST HORVATH,
        Plaintiff-Appellee,

v

DON JOHNSON and SUBURBAN
MOBILITY AUTHORITY FOR REGIONAL
TRANSPORTATION, d/b/a SMART,
        Defendants-Appellants.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139996-7
COA: 283931, 284842
Wayne CC: 07-713287-NI

_____/

      On order of the Court, the application for leave to appeal the August 18, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2010

0331

Clerk